UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TRAVIS R. JOHNSON,
ADC #610903                                                                                                              PLAINTIFF

V.                                         5:16CV00061 KGB/JTR

COX, Chief, Dumas City Jail, et al.                              DEFENDANTS

**RECOMMENDED DISPOSITION**

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation. The failure to timely file objections may result in waiver of the right to appeal questions of fact.

**I. Discussion**

Plaintiff, Travis R. Johnnson, has filed a *pro se* § 1983 Complaint alleging that several Defendants at the Dumas City Jail violated his constitutional rights. *Doc. 2*. On March 9, 2016, the Court ordered Plaintiff to file, on or before April 8, 2016, an

Application to Proceed *In Forma Pauperis* and a prisoner calculation sheet.  *Doc. 3.*  Plaintiff has not compiled with that Order, and the time for doing so has expired.  Accordingly, this case should be dismissed, without prejudice, due to a lack of prosecution.  *See* Local Rule 5.5(c)(2).

## II.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. This case be DISMISSED, WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2).

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 11th day of April, 2016.

*/s/ J. Thomas Ray*
UNITED STATES MAGISTRATE JUDGE