## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**TRAVIS R. JOHNSON**
**ADC #610903**                                                                                    **PLAINTIFF**

**v.**                                      **Case No. 5:16-cv-0061 KGB/JTR**

**COX, Chief, Dumas City Jail,** *et al.*                                    **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge J. Thomas Ray (Dkt. No. 6). No objections to the Recommended Disposition have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects (Dkt. No. 6). Plaintiff Travis R. Johnson's complaint is dismissed without prejudice. The relief requested is denied.

This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 29th day of November, 2016.

_____
Kristine G. Baker
United States District Judge